AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:25-cv-00081-SCJ**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **ZR Consulting, LLC**
was recieved by me on **4/04/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **No contact** after attempting service at **2107 N Broadway Ste 104, Santa Ana, CA 92706**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 04/18/2025

[signature]
*Server's signature*

**Margarita Arustamyan**
*Printed name and title*

**418 West Windsor Road**
**A**
**Glendale, CA 91204**
*Server's address*

Additional information regarding attempted service, etc:

**4/5/2025 11:07 AM: There was no answer at the address.**
**4/7/2025 1:34 PM: I spoke with an individual who identified themselves as the employee and they stated subject moved. At the address I observed a package/mail addressed to another. This business moved long time ago.There is another business.Is there see a touch photo**
**4/8/2025 3:34 PM: I spoke with an individual who identified themselves as the person authorized to accept and they stated subject resides but not available at this time.**
**4/9/2025 7:16 PM: There was no answer at the address.**
**4/12/2025 10:23 AM: There was no answer at the address.**
**4/16/2025 11:54 AM: I spoke with an individual who identified themselves as the employee and they stated subject**

Tracking #: **0166268188**

Civil Action No. **2:25-cv-00081-SCJ**

**resides but not available at this time.**
**4/17/2025 5:19 PM: There was no answer at the address.**


REGISTERED PROCESS SERVER
Office of Dean C. Logan, County Clerk
County of Los Angeles
MARGARITA ARUSTAMYAN
418 W WINDSOR RD, APT A , GLENDALE, CA 91204
REGISTRATION # 2024241630
EXPIRES: 11/12/2026
CALIFORNIA
Registrant
Deputy