AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:25-cv-00081-SCJ**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **ZR Consulting, LLC**
was recieved by me on **5/01/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Disallowed** after attempting service at **2107 N. Broadway Ste. 104, Santa Ana, CA 92706**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 05/06/2025

[signature]

*Server's signature*

**Armen Harutyunyan**

*Printed name and title*

**7948 Rhodes ave.**
**North Hollywood, CA 91605**

*Server's address*

Additional information regarding attempted service, etc:

**5/1/2025 4:59 PM: There was no answer at the address.**
**5/5/2025 4:20 PM: I spoke with an individual who identified themselves as the employee and they stated service not permitted.**

Tracking #: **0168498361**


REGISTERED PROCESS SERVER
Office of Dean C. Logan, County Clerk
County of Los Angeles
ARMEN HARUTYUNYAN
7946 RHODES AVE, NORTH HOLLYWOOD, CA 91605
REGISTRATION # 2024200690
EXPIRES: 09/23/2026
Registrant
Deputy
COUNTY OF LOS
CALIFORNIA