**Max Morgan**

---

**From:** Kaveh Newmen <kaveh@newmenlaw.com>
**Sent:** Thursday, May 1, 2025 1:24 PM
**To:** Max Morgan
**Cc:** Tony Love
**Subject:** Re: Mott v. ZR Consulting LLC, Case No. 2:25-cv-00081-SCJ

You can reach them directly for service at: zach@calldrive.com

He will accept service electronically.

**Kaveh Newmen**
Partner
**p:** (888) 345-0343 **| c:** (714) 728-2999
**e:** kaveh@newmenlaw.com
**a:** 2107 N. Broadway, Suite 104 Santa Ana, CA 92706
**w:** www.newmenlaw.com

This email is intended only for the use of the recipient(s) identified above. It may contain confidential and legally privileged information protected by attorney-client and/or work product privileges. Unauthorized disclosure, review, dissemination, copying, or use of this communication is prohibited. If you are not the intended recipient, please notify the sender immediately by replying to this email, and delete the message from your system.

On Thu, May 1, 2025 at 5:52 AM Max Morgan <max.morgan@theweitzfirm.com> wrote:

> Dear Kaveh:
>
> I am writing to follow up with you again regarding service. Can you please advise?
>
> Regards,
>
> Max
>
> ---
>
> **From:** Max Morgan
> **Sent:** Monday, April 28, 2025 10:42 AM
> **To:** Kaveh Newmen <kaveh@newmenlaw.com>
> **Cc:** Tony Love <tlove@loveconsumerlaw.com>
> **Subject:** RE: Mott v. ZR Consulting LLC, Case No. 2:25-cv-00081-SCJ

Dear Mr. Newmen:

I write to follow up. Can you please advise regarding service? I believe we mailed you a request to waive service.

Regards,

Max

---

**From:** Max Morgan
**Sent:** Wednesday, April 23, 2025 8:09 AM
**To:** Kaveh Newmen <kaveh@newmenlaw.com>
**Cc:** Tony Love <tlove@loveconsumerlaw.com>
**Subject:** RE: Mott v. ZR Consulting LLC, Case No. 2:25-cv-00081-SCJ

Kaveh:

Thanks for your email. We will await your response. Good luck at your trial.

Regards,

Max

---

**From:** Kaveh Newmen <kaveh@newmenlaw.com>
**Sent:** Tuesday, April 22, 2025 11:50 PM
**To:** Max Morgan <max.morgan@theweitzfirm.com>
**Cc:** Tony Love <tlove@loveconsumerlaw.com>
**Subject:** Re: Mott v. ZR Consulting LLC, Case No. 2:25-cv-00081-SCJ

Max,

I hope all is well. I have been in trial and should be finishing up this week. Let me confirm with my client

if I have authority to receive service electronically on his behalf and I will get back to you as soon as possible.

**Kaveh Newmen**
Partner
**p:** (888) 345-0343 **|** **c:** (714) 728-2999

**e:** kaveh@newmenlaw.com

**a:** 2107 N. Broadway, Suite 104 Santa Ana, CA 92706
**w:** www.newmenlaw.com

This email is intended only for the use of the recipient(s) identified above. It may contain confidential and legally privileged information protected by attorney-client and/or work product privileges. Unauthorized disclosure, review, dissemination, copying, or use of this communication is prohibited. If you are not the intended recipient, please notify the sender immediately by replying to this email, and delete the message from your system.

On Mon, Apr 21, 2025 at 7:00 AM Max Morgan <max.morgan@theweitzfirm.com> wrote:

Dear Mr. Newmen:

I write to follow up below. Please advise.

Regards,

Max

---

**From:** Max Morgan
**Sent:** Thursday, April 17, 2025 10:52 PM
**To:** kaveh@newmenlaw.com
**Cc:** Tony Love <tlove@loveconsumerlaw.com>
**Subject:** Mott v. ZR Consulting LLC, Case No. 2:25-cv-00081-SCJ

Dear Mr. Newmen:

I represent Plaintiff William Mott in the attached lawsuit. Our process server has been attempting to serve you at your office, since you are listed as the registered agent for ZR Consulting. It is our understanding that our process server has been turned away.

Can you please let us know if you will accept service via email. Alternatively, will you kindly let us know when you will be in the office to accept service?

Regards,

Max

THE WEITZ FIRM, LLC
A TRIAL BOUTIQUE

Max S. Morgan, Esquire

THE WEITZ FIRM, LLC

1515 Market Street #1100

Philadelphia, Pennsylvania 19102

O: 267-587-6240

D: 484-838-7227

F: 215-689-0875

max.morgan@theweitzfirm.com

www.theweitzfirm.com