**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>**ZR CONSULTING LLC**,<br><br>Defendant. | Case No.: 2:25-cv-00081-SCJ |

**[PROPOSED] ORDER**

**AND NOW,** this __day of _______, 2025, upon consideration of the Motion of Plaintiff for Extension of Time to File Motion for Class Certification, it is hereby **ORDERED** that said motion is **GRANTED** and that Plaintiff shall file his Motion for Class Certification thirty (30) days after Defendant files its answer.

By the Court,

______________________________
Steve C. Jones
Judge, United States District Court