**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>**ZR CONSULTING LLC**,<br><br>Defendant. | Case No.: 2:25-cv-00081-SCJ |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION FOR TEMPORARY STAY OF FURTHER PROCEEDINGS AND BRIEFING ON THAT MOTION**

William Mott ("Plaintiff") hereby moves this Court for an Order certifying this case as a class action pursuant to Federal Rules of Civil Procedure 23(b)(2) and (b)(3) and Local Rule 23.1, and respectfully requests that ruling on this motion be stayed until the completion of discovery.

Submitted this 4th day of August, 2025.

*/s/John A. Love*
John A. Love, Esq.
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, Georgia 30009
(404) 855-3600
tlove@loveconsumerlaw.com

Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Counsel for Plaintiff and the proposed class and subclass

(*admitted *pro hac vice*)

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/John A. Love*
John A. Love, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document has been filed via the Court's CM/ECF filing system which will cause a copy to be served upon all counsel of record.

*/s/ John A. Love*
John A. Love