**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>**ZR CONSULTING LLC**,<br><br>Defendant. | Case No.: 2:25-cv-00081-SCJ |

**DECLARATION OF MAX S. MORGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION FOR TEMPORARY STAY OF FURTHER PROCEEDINGS AND BRIEFING ON THAT MOTION**

I, Max S. Morgan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Max. S. Morgan.

2. I am over 21 years of age and I am competent to testify and make this declaration on personal knowledge.

3. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I make this declaration in support of Plaintiff's Motion for Class Certification.

5. I am an attorney at The Weitz Firm, LLC ("TWF") and am admitted

to practice law in the Commonwealth of Pennsylvania, the State of New Jersey and before the United States Patent and Trademark Office (USPTO).

6. I am counsel for Plaintiff William Mott along with John A. Love, Esq. of Love Consumer Law ("LCM").

7. I have experience litigating complex matters, including class actions on behalf of consumers, and in particular, claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA")

8. I have been named class counsel in the following TCPA cases: *Brittany Key v. Miracle Faith Center, Inc.*, Case No. 3:22-cv-00075, Dkt. 31 (N.D. Fla. Feb. 2, 2023); *Dianne Bear King Lucas v. Synchrony Bank*, *NBO*. 4:21-cv-70, Dkts. 46, 47 (N.D. Ind. Nov. 18, 2022); *Stephan Campbell v. Everything Breaks, Inc.*, Case No. 2:23-cv-00861-GMN-EJY, Dkt. 61 (D. Nev. Dec. 11, 2024); *Natasha Hiller v. The Money Source, Inc.,* Case No. 2:23-cv-00235-JJT, Dkt. 67 (D. Ariz. May 7, 2025).

9. I am a 2013 graduate of Rutgers School of Law – Camden.

10. In 2013, I was admitted to the Bar in Pennsylvania and New Jersey. Since then, I have been admitted to practice before the United States Patent and Trademark Office (USPTO), the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of New Jersey, the

United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Indiana, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Wisconsin; the United States District Court for the Northern District of Ohio, the United States District Court for the Eastern District of Michigan, the United Stated District Court for the Northern District of Texas; the United States District Court for the Southern District of Texas; the United States District Court for the Western District of Tennessee; the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit; and the United States Supreme Court. From time to time, I have appeared in other State and Federal District Courts *pro hac* vice. I am in good standing in every court to which I am admitted to practice.

11. I am admitted to practice before this Court *pro hac vice*.

12. I was an associate at Volpe and Koenig, P.C., an intellectual property boutique law firm located in Philadelphia, PA from 2013-2016 and again from 2017-2018.

13. From 2016-2017, I served as a term law clerk to the Honorable Mary Little Cooper, United States District Judge for the District Court of New Jersey.

14. Prior to joining TWF in 2020 to focus on representing plaintiffs in a variety of matters, I was an associate at DLA Piper, LLP from 2018-2020.

**TWF's Willingness and Ability to Protect Class Members**

15. TWF has, and will continue to, vigorously protect the interests of members of the proposed class.

16. TWF, along with other counsel in this matter, have advanced all costs necessary to prosecute this action, including hiring an expert witness, performing written discovery and taking depositions and will continue to do so as this case proceeds.

17. Should this Court certify the proposed class, TWF and LCM are able to pay for the costs of, and will provide notice to, the members of the proposed class in a manner approved by the Court.

18. TWF has no known conflict with the proposed class.

19. For the reasons set forth herein and in the accompanying motion, I respectfully request that this Court grant Plaintiff's motion for class certification appoint Plaintiff as the class representative, and appoint The Weitz Firm, LLC and Love Consumer Law as class counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2025. By: *s/Max S. Morgan*

Max S. Morgan, Esq.