UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>**ZR CONSULTING LLC**,<br><br>Defendant. | Case No.: 2:25-cv-00081-SCJ |

**DECLARATION OF JOHN A. LOVE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION FOR TEMPORARY STAY OF FURTHER PROCEEDINGS AND BRIEFING ON THAT MOTION**

I, John A. Love, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is John A. Love.

2. I am over 21 years of age, and I am competent to testify and make this declaration on personal knowledge.

3. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I make this declaration in support of Plaintiff's Motion for Class Certification.

5. I am an attorney at Love Consumer Law ("LCL") and am admitted to

practice law in the State of Georgia and the State of Florida.

6. I am counsel for Plaintiff Shawn Isaacs along with Max S. Morgan, Esq. of The Weitz Firm ("TWF").

7. I have experience litigating complex matters, including class actions on behalf of both companies and consumers, and in particular, claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA"). I also have experience representing consumers under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA"). I also have experience representing consumers in data breach class actions.

8. By way of example, I have been counsel of record in at least the following FCRA class actions: *Villaflor et al. v. Equifax Information Services, LLC*, United States District Court for the Northern District of California, Case No.: 3:09-cv-00329-MMC and *Ceccone et al v. Equifax Information Services LLC*, United States District Court for the District of Columbia, Case No.: 1:13-cv-01314-KBJ; I have been counsel of record in at least the following TCPA cases: *Reardon et al. v. GoodPress Publishing L.C. d/b/a Simply the Best Digital Marketing and Thoughtly, LLC*, United States District Court for the Northern District of Georgia, Case No.: 1:24-cv-02322-TRJ, *Shawn Isaacs et al. v. USHealth Advisors, LLC and UnitedHealth Group Inc.*, United States District Court for the Northern District of Georgia, Case No.: 3:24-cv-00216-LMM , and

*Latrice Austin et al. v. Better Debt Solutions, LLC*, United States District Court for the Northern District of Georgia, Case No.: 1:25-cv-01103-SDG; and I have been counsel of record in at least the following data breach class actions: *Owens et al v. MGM Resorts International*, United States District Court for the District of Nevada, Case No.: 2:23-cv-01480-GMN-NJK and *Okonski et al. v. Progressive Casualty Insurance Company*, United States District Court for the Northern District of Ohio, Case No. 1:23-cv-01548-PAG.

9. I received my undergraduate degree from the University of Georgia in 1990 and am a 1993 graduate of the Georgia State College of Law.

10. In 1993, I was admitted to the Bar in Georgia, and, in 2009, I was admitted to the Bar in Florida. Since then, I have been admitted to practice before the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, the United States District Court for the Southern District of Georgia, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Michigan, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Wisconsin; the United States District Court for the Northern District of Florida, the United Stated District Court for the Middle District of Florida, the United States District Court for the Southern

District of Florida, the United Stated District Court for the Southern District of Indiana; the United States District Court for the Western District of Pennsylvania; the United States District Court for the Eastern District of Texas, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the Supreme Court of Georgia, and the United States Supreme Court. From time to time, I have appeared in other State and Federal District Courts *pro hac* vice. I am in good standing in every court to which I am admitted to practice.

11. Prior to starting my own firm, I was Counsel at King & Spalding's Atlanta office for 13 years handling complex litigation including under the FCRA and other laws. Before King & Spalding, I was in-house counsel for a loan servicing company for approximately two years and managed cases and outside counsel concerning FCRA and other consumer cases. Prior to working in-house, I worked with (then) Kilpatrick Stockton's Atlanta office for approximately seven years handling FCRA cases and other consumer law cases across the country.

**LCL's Willingness and Ability to Protect Class Members**

12. LCL has, and will continue to, vigorously protect the interests of members of the proposed class.

13. LCL, along with other counsel in this matter, has advanced costs necessary to prosecute this action, including the filing fee and costs of service of process and will continue to do so as this case proceeds.

14. Should this Court certify the proposed class, LCL and TWF are able to pay for the costs of, and will provide notice to, the members of the proposed class in a manner approved by the Court.

15. LCL has no known conflict with the proposed class.

16. For the reasons set forth herein and in the accompanying motion, I respectfully request that this Court grant Plaintiff's motion for class certification appoint Plaintiff as the class representative, and appoint The Weitz Firm, LLC and Love Consumer Law as class counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2025.

By: */s/John A. Love*
John A. Love, Esq.