**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>**ZR CONSULTING LLC**,<br><br>Defendant. | Case No.: 2:25-cv-00081-SCJ |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on Plaintiff's Motion for Class Certification and Motion for Temporary Stay of Further Proceedings and Briefing on that Motion (the "Motion") [Dkt. ___.]

It is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and

It is further **ORDERED** that the Court certifies the following class under Rule 23 of the Federal Rules of Civil Procedure:

> Plaintiff and all persons and entities throughout the United States to whom ZR placed a call, or had a call placed on its behalf, directed to a number assigned to a cellular telephone service, with an artificial or prerecorded voice, from four years prior to the date of this class action complaint through the date of class certification; and

It is further **ORDERED** that the Court appoints William Mott as the class representative and appoints The Weitz Firm, LLC and Love Consumer Law as Class

Counsel; and

It is further ORDERED that briefing on this Motion is stayed until the Court sets a schedule for this matter at the conference required by Federal Rule of Civil Procedure 16.

SO ORDERED, this ____ day of ______, 2025.

By the Court,

___________________________________
Steve C. Jones
Judge, United States District Court