**UNITES STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

WILLIAM MOTT,

Plaintiff, Case No. 2:25-cv-00081-SCJ

vs.

ZR CONSULTING, LLC,

Defendant.
_______________________________/

**NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

To:
Zachary Ramirez
Member/Manager
ZR Consulting, LLC
c/o Northwest Registered Agent, Inc.
2108 N ST, Suite N
Sacramento, CA 95816-5712
*Zach@calldrive.com*
*zach@zacharyjosephramirez.com*

Dear Zachary,

We write to provide you with formal notice that the law firm The Milian Legal Group, PLLC and attorney David P. Milian, Esq., and the law firm Berman Fink Van Horn P. C. and attorney William J. Piercy, Esq., intend to request the Court's permission to withdraw as counsel to ZR Consulting, LLC in the above captioned case in which ZR Consulting, LLC is a defendant.

The Court will continue to retain jurisdiction over the action following counsels' withdrawal. ZR Consulting, LLC will be obligated to keep the Court informed of a location where notices, pleadings, or other papers may be served on ZR Consulting, LLC.

The failure or refusal to satisfy court-related obligations could result in adverse consequences to ZR Consulting, LLC.

As of this date, there are no scheduled proceedings or trial date set in this case.

ZR Consulting, LLC may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court. The failure to retain counsel to appear on ZR Consulting, LLC's behalf could result in a default judgment against ZR Consulting, LLC.

ZR Consulting, LLC has the right to object to the withdrawal within 14 days of the date of receipt of this notice of intent to withdraw.

Plaintiff's Counsel's names, addresses, and telephone numbers are as follows:

Max S. Morgan, Esq.
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

John A. Love
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
404-855-3600
Email: tlove@loveconsumerlaw.com

The name, address, and telephone number of the clerk of Court are as follows:

Kevin P. Weimer, District Court Executive/Clerk of Court
Sidney O. Smith Federal Building & United States Courthouse
121 Spring Street SE Room 201
Gainesville, GA 30501-3789
678-450-2760

Please acknowledge your consent to our withdrawal by signing the attached Certificate of Consent and returning same by email.

Thank you.

THE MILIAN LEGAL GROUP, PLLC

By: */s/ David P. Milian*
David P. Milian

BERMAN FINK VAN HORN P.C.

By: */s/ William J. Piercy*
William J. Piercy

Dated: October 9, 2025.

**CERTIFICATE OF CONSENT TO WITHDRAWAL**

I, Zachary Ramirez, having received the attached Notice of Intent to Withdraw As Counsel, hereby consent to counsels' withdrawal on behalf of ZR Consulting, LLC.

ZR Consulting, LLC

____________________
Zachary Ramirez
Member/Manager

THE MILIAN LEGAL GROUP, PLLC

By: */s/ David P. Milian*
David P. Milian

BERMAN FINK VAN HORN P.C.

By: */s/ William J. Piercy*
William J. Piercy