IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **WILLIAM MOTT,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ZR CONSULTING, LLC,**<br><br>**Defendant.** | **CIVIL ACTION FILE**<br><br>**NO. 2:25-cv-00081-SCJ** |

**ORDER**

This matter appears before the Court on its own motion after a review of the record shows that an attorney of record has failed to appear on behalf of ZR Consulting, LLC in accordance with this Court's January 20, 2026 order. Doc. No. [22]. For said willful failure to comply with this Court's lawful order, the Court strikes Defendant's answer and imposes the sanction of default. See LR 16.5; 83.1, NDGa; see also Compania Interamericana Exp.-Imp., S.A. v. Compania Dominicana de Aviacion, 88 F.3d 948, 952 (11th Cir. 1996) ("[W]hen a litigant has been given ample opportunity to comply with court orders but fails to effect any compliance, the result may be deemed willful.").

The Clerk is **DIRECTED** to strike Defendant ZR Consulting, LLC's answer (Doc. No. [10]) and enter a Clerk's entry of default as to said Defendant.

Within **THIRTY DAYS** of the entry of this Order, Plaintiff shall proceed for purposes of disposition of this case.

**IT IS SO ORDERED** this 18th day of February, 2026.

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**