**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

WILLIAM MOTT,
Plaintiff

vs.

ZR CONSULTING, LLC,
Defendant.

CIVIL ACTION FILE

NO. 2:25-CV-00081-SCJ

## DEFAULT JUDGMENT

The defendant(s) ZR CONSULTING, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Steve C. Jones, United States District Judge, by order of 4/16/2026, having directed that judgment issue in favor of plaintiff, individually, and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff WILLIAM MOTT, recover from the defendant ZR CONSULTING, LLC, the amount of $1,500.00, plus costs.

Dated at Gainesville, Georgia this 16th day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Shane Gazaway
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 16, 2026
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
Deputy Clerk