**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **WILLIAM MOTT**, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**ZR CONSULTING LLC**,<br><br>Defendant. | Case No.: 2:25-cv-00081-SCJ |

**DECLARATION OF MAX S. MORGAN IN SUPPORT OF**
**PLAINTIFF WILLIAM MOTT'S BILL OF COSTS**

I, Max S. Morgan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Max. S. Morgan.

2. I am over 21 years of age and I am competent to testify and make this declaration on personal knowledge.

3. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I make this declaration in support of Plaintiff's Bill of Costs.

5. I am an attorney at The Weitz Firm, LLC ("TWF") and am admitted to practice law in the Commonwealth of Pennsylvania, the State of New Jersey and before the United States Patent and Trademark Office (USPTO).

6. I am counsel for Plaintiff William Mott along with John A. Love of Love Consumer Law ("LCL").

7. I am admitted *pro hac vice* in this matter.

8. This declaration addresses the costs collected by TWF and LCL, the taxable costs which are reflected in **Exhibit A** and **Exhibit B**.

9. Pursuant to 28 U.S.C. § 1920(1), Plaintiff seeks cost incurred for filing fees ($505.00) and service of process fees ($225.00) in the total amount of $730.00.

10. Plaintiff seek costs for filing fees incurred in filing the complaint in this action, fees incurred in serving defendants with the complaint, and fees incurred in filing Plaintiff's counsel, Max S. Morgan's pro hac vice application with this Court, in the amount of $730.00.

11. A true and correct copy of Plaintiff' payment supporting the costs for filing fees included in the Bill of Costs is attached as **Exhibit A** to this declaration.

12. A true and correct copy of Plaintiffs' invoice supporting the costs for service of process fees included in the Bill of Costs is attached as **Exhibit B** to this declaration.

13. I verify that all costs included in Plaintiff's Bill of Costs submitted herewith were necessarily incurred in this action and recoverable under 28 U.S.C.

§1920, and relevant case law, and that the services for which fees have been charged were actually and necessarily performed.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2026. By: *s/Max S. Morgan*

Max S. Morgan, Esq.

# EXHIBIT A

| | | |
|---|---|---|
| 04/03/2025 | 1 | COMPLAINT, with Jury Demand, filed by William Mott. (Filing fee $405, receipt number AGANDC-14195607) (Attachments: # 1 Civil Cover Sheet)(ddm) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 04/03/2025) |

| | | |
|---|---|---|
| 04/21/2025 | 4 | APPLICATION for Admission of Max S. Morgan Pro Hac Vice (Application fee $ 100, receipt number AGANDC-14235555).by William Mott. (Attachments: # 1 Text of Proposed Order)(Love, John) Documents for this entry are not available for viewing outside the courthouse. (Entered: 04/21/2025) |

# EXHIBIT B

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: [redacted]

**BILL TO:**

**The Weitz Firm, LLC**
**1515 Market Street 1100**
**Philadelphia, PA 19102**

| | |
|---|---|
| INVOICE# | 21414883.100 |
| DATE | Apr 03, 2025 |
| ACCOUNT# | [redacted] |
| ATTENTION | max.morgan@theweitzfirm.com |
| REFERENCE# | Mott v ZR Consulting |

**AMOUNT DUE** **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | Uploaded File(s): Marlow pretrial instructions.pdf, show_temp - 2025-04-03T142913.788.pdf, show_temp - 2025-04-03T142950.921.pdf<br>Rush Requested: No<br>Parties To Serve: 1 | 75.00 |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| American Express ending in [redacted] | April 03, 2025 | 75.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |

**AMOUNT DUE** **$ 0.00**

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: [redacted]

**BILL TO:**

**The Weitz Firm, LLC**
**1515 Market Street 1100**
**Philadelphia, PA 19102**

INVOICE# 21787726.100
DATE Apr 28, 2025
ACCOUNT# [redacted]
ATTENTION max.morgan@theweitzfirm.com
REFERENCE# Mott v ZR Consulting

**AMOUNT DUE** **$ 0.00**

CASE # 2:25-cv-00081-SCJ
CASE TITLE WILLIAM MOTT, on behalf of himself and all others similarly situated v. ZR CONSULTING LLC
COURT US District Court, Georgia, Northern District, Gainesville

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | Subject: ZR Consulting, LLC<br>Address: 2107 N. Broadway Ste. 104, Santa Ana, CA 92706 | 75.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| American Express ending in [redacted] | April 28, 2025 | 75.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |
| **AMOUNT DUE** | **$ 0.00** |

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: [redacted]

**BILL TO:**

**The Weitz Firm, LLC**
**1515 Market Street 1100**
**Philadelphia, PA 19102**

| | |
|---|---|
| INVOICE# | 22313669.100 |
| DATE | Jun 02, 2025 |
| ACCOUNT# | [redacted] |
| ATTENTION | max.morgan@theweitzfirm.com |
| REFERENCE# | Mott v. ZR Consulting, LLC |
| **AMOUNT DUE** | **$ 0.00** |

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** Marlow pretrial instructions.pdf, show_temp - 2025-04-03T142950.921.pdf, show_temp - 2025-04-03T142913.788.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 75.00 |

| | |
|---|---|
| SUBTOTAL | $ 75.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 75.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| American Express ending in [redacted] | June 02, 2025 | 75.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 75.00** |
| **AMOUNT DUE** | **$ 0.00** |